# U.S. District Court
# District of Columbia (Washington, DC)
# CIVIL DOCKET FOR CASE #: 1:19–cv–00738–KBJ

| | |
|---|---|
| GILBERTI v. FEDERAL RESERVE SYSTEM et al | Date Filed: 03/14/2019 |
| Assigned to: Judge Ketanji Brown Jackson | Date Terminated: 04/29/2019 |
| Demand: $10,000,000,000 | Jury Demand: Plaintiff |
| Cause: 18:1961 Racketeering (RICO) Act | Nature of Suit: 470 Racketeer/Corrupt Organization |
| | Jurisdiction: Diversity |

**Plaintiff**

**JOSEPH D. GILBERTI, JR.**
*an Individual and Licensed Professional Engineer*

represented by **JOSEPH D. GILBERTI, JR.**
385 Donora Boulevard
Fort Myers, FL 33931
(813) 470–6000
PRO SE

V.

**Defendant**

**FEDERAL RESERVE SYSTEM**
*Board of Governors*

**Defendant**

**BARACK HUSSEIN OBAMA, II**

**Defendant**

**NANCY PELOSI**
*In her capacity for the U.S. House of Representatives*

**Defendant**

**MITCH MCCONNELL**
*in his capacity as Majority Leader of the U.S. Senate*

**Defendant**

**MOSAIC COMPANY**

**Defendant**

**MOSAIC FERTILIZER, INC.**

**Defendant**

**ENVIRONMENTAL PROTECTION AGENCY**

**Defendant**

**U.S. DEPARTMENT OF THE INTERIOR**

**Defendant**

**FEDERAL EMERGENCY MANAGEMENT AGENCY**

**Defendant**

**FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION**

**Defendant**

**ARMY CORPS OF ENGINEERS**

**Defendant**

**SOUTHWEST FLORIDA WATER MANAGEMENT DISTRICT**

**Defendant**

**PEACE RIVER MANASOTA REGIONAL WATER SUPPLY AUTHORITY**
*DESOTO COUNTY, SARASOTA COUNTY*

**Defendant**

**HILLSBOROUGH COUNTY STATE ATTORNEYS OFFICE**

**Defendant**

**MOFFIT CANCER CENTERS**

**Defendant**

**LUIS RIVERA II TRUSTEE**

**Defendant**

**72 PARTNERS, LLC**

**Defendant**

**DESOTO COUNTY**

**Defendant**

**SARASOTA COUNTY**

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 03/14/2019 | 1 | | COMPLAINT against 72 PARTNERS, LLC, ARMY CORPS OF ENGINEERS, ENVIRONMENTAL PROTECTION AGENCY, FEDERAL EMERGENCY MANAGEMENT AGENCY, FEDERAL RESERVE SYSTEM, FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION, HILLSBOROUGH COUNTY STATE ATTORNEYS OFFICE, LUIS RIVERA II TRUSTEE, MITCH MCCONNELL, MOFFIT CANCER CENTERS, MOSAIC COMPANY, MOSAIC FERTILIZER, INC., BARACK HUSSEIN OBAMA, II, PEACE RIVER MANASOTA REGIONAL WATER SUPPLY AUTHORITY, NANCY PELOSI, SOUTHWEST FLORIDA WATER MANAGEMENT DISTRICT, U.S. DEPARTMENT OF THE INTERIOR ( Filing fee $ 400, receipt number 4616097206) with Jury Demand filed by JOSEPH D. GILBERTI, JR. (Attachments: # 1 Exhibit, # 2 Civil Cover Sheet)(jf) (Entered: 03/18/2019) |
| 03/14/2019 | | | SUMMONS Not Issued as to All Defendants (jf) (Entered: 03/18/2019) |
| 03/14/2019 | 2 | | NOTICE OF RELATED CASE by JOSEPH D. GILBERTI, JR. (SEE ATTACHMENT) (jf) (Entered: 03/18/2019) |
| 04/29/2019 | | | Summons (19) Issued as to 72 PARTNERS, LLC, ARMY CORPS OF ENGINEERS, DESOTO COUNTY, ENVIRONMENTAL PROTECTION AGENCY, FEDERAL EMERGENCY MANAGEMENT AGENCY, FEDERAL RESERVE SYSTEM, FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION, HILLSBOROUGH COUNTY STATE ATTORNEYS OFFICE, LUIS RIVERA II TRUSTEE, MITCH MCCONNELL, MOFFIT CANCER CENTERS, MOSAIC COMPANY, MOSAIC FERTILIZER, INC., BARACK HUSSEIN OBAMA, II, PEACE RIVER MANASOTA REGIONAL WATER SUPPLY AUTHORITY, NANCY PELOSI, SARASOTA COUNTY, SOUTHWEST FLORIDA WATER MANAGEMENT DISTRICT, U.S. DEPARTMENT OF THE INTERIOR. (zjf) (Entered: 04/29/2019) |
| 04/29/2019 | 3 | 5 | MEMORANDUM OPINION DISMISSING complaint without prejudice. Signed by Judge Ketanji Brown Jackson on 04/29/2019. (lckbj1) Modified on 4/30/2019, to standard.(zgdf). (Entered: 04/29/2019) |
| 04/29/2019 | 4 | 9 | ORDER DISMISSING complaint without prejudice. Signed by Judge Ketanji Brown Jackson on 04/29/2019. (lckbj1) (Entered: 04/29/2019) |
| 05/28/2019 | 5 | 4 | NOTICE OF APPEAL as to 3 Memorandum & Opinion, 4 Order by JOSEPH D. GILBERTI, JR. Filing fee $ 505, receipt number 4616098419. Fee Status: Fee Paid. Parties have been notified. (jf) (Entered: 06/04/2019) |

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**JOSEPH D. GILBERTI, JR.,**

Plaintiff,

**Civ. Case No. 19-cv-00738 (KBJ)**
**LEAD CASE**

v.

**FEDERAL RESERVE SYSTEM** *et, al.,*

Defendants,

_____/

## PLAINTIFFS' NOTICE OF APPEAL

Pursuant to Federal Rules of Appellate Procedure 3 and 4, notice is hereby given that Plaintiff, Joseph D. Gilberti, Jr., in the above-named case, hereby appeal to the United States Court of Appeals for the Federal Circuit from this Court's Order entered April 29, 2019 (Dkt. No. 4).

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via US Express Mail to 333 Constitution Ave NW, Washington DC 20001, this 24th day of May, 2019 to:

Date: May 24, 2019

/s/ *Joe Gilberti*
Joseph D. Gilberti, Jr., P.E.
Plaintiff
385 Donora Blvd
Ft Myers Beach, FL 33931
813-470-6000
Gilberti.water.company.fla@gmail.com

Cc: President Donald J. Trump
The White House
1600 Pennsylvania Avenue, NW
Washington, DC 20500

Honorable William Pelham Barr
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001



| | |
|---|---|
| JOSEPH D. GILBERTI, JR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 19-cv-0738 (KBJ) |
| FEDERAL RESERVE SYSTEM, *et al.*, | ) ) ) |
| Defendants. | ) ) |

# MEMORANDUM OPINION

Pro se plaintiff Joseph D. Gilberti, Jr. has filed the instant complaint against 17 public and private defendants, including the Board of Governors of the Federal Reserve System, Barack Obama, Nancy Pelosi, Mitch McConnell, the Environmental Protection Agency, the Department of the Interior, and the Federal Emergency Management Agency. (Compl., ECF No. 1, at 1.)[1] Gilberti's complaint alleges that Defendants are engaged in a "massive Florida Statewide, US Interstate and Global Elite" conspiracy and are "hiding secret underground critical National Defense and US drinking Water & Energy production Resources, stealing these Resources using the Department of Justice, FBI & CIA employees, Seminole Tribe Casino owners, Power Corps like FPL, Duke Energy with corrupt Florida and US Judge, Lawyers and Police Departments for

---

[1] Page numbers herein refer to those that the Court's electronic case filing system automatically assigns. In addition to the aforementioned groups and individuals, Gilberti has also named as defendants Mosaic Company, Mosaic Fertilizer, Inc., the Florida Department of Environmental Protection, the Army Corps of Engineers, the Southwest Florida Water Management District, the Peace River Manasota Regional Water Supply Authority, the Hillsborough County State Attorneys Office, Moffit Cancer Centers, Luis Rivera II Trustee, and 72 Partners, LLC. All of the named defendant are collectively referred to as "Defendants" in this Memorandum Opinion.

Foreign and Domestic Terrorist Groups." (*Id.* ¶ 1; *see also id.* ¶ 172 (asserting that "Defendants . . are purposely causing higher cancer rates at the Tap and Bottled water by hiding secret unique underground Rivers of Natural ready to drink and ENDLESS Alkaline spring water"); *id.* ¶ 179 (alleging that Gilberti "was kidnapped by DEFENDANTS approximately 12 days after finding the secret underground Resource and its abilities").)[2] Gilberti asserts claims for violation of the Racketeer Influenced and Corrupt Organizations Act ("RICO"), violation of Florida's Pollutant Discharge Prevention and Control Act, strict liability for abnormally dangerous activity, and nuisance (¶¶ 101–246), and he requests various forms of relief, including "requir[ing] the Federal Reserve IMF Banks and Rothschild World Bank [to] halt all Interest payments of over $600 billion/year to the American tax payer, [and] remove all $22 Trillion in US Debts" (*id.* ¶ 247); "monies . . . to pay for the 300mile Pipeline for THE PEOPLE and the US Military to help install per Gilberti KT Hypothesis and US Infrastructure plan[,]" (*id.* ¶ 249); and that "the homes that were foreclosed by DEFENDANTS across Florida and the United States that would have increased in value if this World Water knowledge was disclosed during 9-11 attacks when DEFENDANTS knew, be returned to families or an equal home in value be provided in value paid for in full (A FREE Home)" (*id.* ¶ 251).

---

[2] The Complaint goes on to allege that Defendants are an

> Enterprise [that] for decades with Moffit Caner Centers, St. Joseph's and Moffit-Research-USF in Tampa and many US and World Universities hid critical US National Defense and an ENDLESS underground Antioxidant Spring Water Resource with NASA and EPA showing critical geological indicators that teach America and other Nations how to find many more in Days, essentially ending World Hunger and many reasons for migration and Wars.

(Compl. ¶ 2.)

Because Gilberti's claims are patently insubstantial, this Court concludes *sua sponte* that it lacks subject matter jurisdiction, and the complaint must be **DISMISSED**.

ANALYSIS

Federal courts are courts of limited jurisdiction, possessing "only that power authorized by Constitution and statute." *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 377 (1994). "It is to be presumed that a cause lies outside this limited jurisdiction, and the burden of establishing the contrary rests upon the [plaintiff]." *Id.* (citation omitted). It is also clear that a federal judge may act *sua sponte* to dismiss claims pursuant to Fed. R. Civ. P. 12(b)(1) for lack of subject matter jurisdiction, *see Hurt v. U.S. Ct. of Appeals for the D.C. Cir.*, 264 F. App'x. 1, 1 (D.C. Cir. 2008), including claims so "patently insubstantial" that no federal question suitable for decision can be discerned. *Best v. Kelly*, 39 F.3d 328, 330 (D.C. Cir. 1994).

"Patently insubstantial" claims are those that are "essentially fictitious" and "absolutely devoid of merit," including "bizarre conspiracy theories[.]" *Id.* at 330–31 (quotation marks omitted); *see also, e.g.*, *Widtfeldt v. Internal Revenue Serv.*, 317 F. Supp. 3d 281, 283–84 (D.D.C. 2018) (dismissing as patently insubstantial a complaint that made "vague and unsupported allegations of government-created epidemics, 'break-ins,' partisan conspiracies, and bribery"), *aff'd*, No. 18-5242, 2019 WL 479846 (D.C. Cir. Jan. 28, 2019); *Hu v. U.S. Dep't of Def.*, No. 13-5157, 2013 WL 6801189, at *1 (D.C. Cir. Dec. 11, 2013) (finding that district court properly dismissed complaint under Fed. R. Civ. P. 12(b)(1), where "its factual allegations were 'essentially fictitious,' involving a fantastic scenario of a vast government conspiracy to interfere in appellant's daily life"), *cert. denied* 135 S. Ct. 90 (Oct. 6, 2014); *Kaufman v. IRS*, 787

F. Supp. 2d 27, 33 (D.D.C. 2011) (holding that court lacked subject matter jurisdiction over complaint alleging "a wide conspiracy between the IRS and Defendants (many of whom are judges, law enforcement or other government officials. . . ) [to] convert[] Plaintiffs' value sweat equity to private money by secretly issuing and trading bonds and similar private instruments hypothecated against Plaintiffs' future labor for enrichment of Defendants, thereby subjecting Plaintiffs to involuntary servitude" (internal quotation marks omitted)).

In the instant case, given the nature of the claims alleged, Gilberti has failed to meet his burden to establish that this Court has subject matter jurisdiction, even under the "less stringent standards" to which federal courts hold pro se litigants. *Haines v. Kerner*, 404 U.S. 519, 520 (1972). The allegations that Gilberti makes—*e.g.*, that Defendants have engaged in a decades long conspiracy to hide an endless supply of underground drinking water for their own monetary benefit (*see, e.g.*, Compl. ¶¶ 99–100)—are clearly of the type that courts routinely dismiss as patently insubstantial under Fed. R. Civ. P. 12(b)(1). *See, e.g., Widtfeldt*, 317 F. Supp. 3d at 283–84; *Hu*, 2013 WL 6801189, at *1; *Kaufman*, 787 F. Supp. 2d at 33. Thus, this Court will dismiss the instant petition for this same reason.

A separate, final Order accompanies this Memorandum Opinion.

DATE: April 29, 2019

*Ketanji Brown Jackson*
KETANJI BROWN JACKSON
United States District Judge

| | |
|---|---|
| JOSEPH D. GILBERTI, JR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FEDERAL RESERVE SYSTEM, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 19-cv-0738 (KBJ) |

## **ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Plaintiff's complaint is **DISMISSED** without prejudice.

This is a final, appealable Order.

DATE: April 29, 2019

*Ketanji Brown Jackson*
KETANJI BROWN JACKSON
United States District Judge