UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOSEPH D. GILBERTI, JR.,

Plaintiff,

v.

FEDERAL RESERVE SYSTEM *et, al.*,

Defendants,

_____/

Civ. Case No. 19-cv-00738 (KBJ)
LEAD CASE

### PLAINTIFFS' NOTICE OF APPEAL

Pursuant to Federal Rules of Appellate Procedure 3 and 4, notice is hereby given that Plaintiff, Joseph D. Gilberti, Jr., in the above-named case, hereby appeal to the United States Court of Appeals for the Federal Circuit from this Court's Order entered April 29, 2019 (Dkt. No. 4).

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via US Express Mail to 333 Constitution Ave NW, Washington DC 20001, this 24th day of May, 2019 to:

Date:  May 24, 2019

/s/ *Joe Gilberti*
Joseph D. Gilberti, Jr., P.E.
Plaintiff
385 Donora Blvd
Ft Myers Beach, FL 33931
813-470-6000
Gilberti.water.company.fla@gmail.com

Cc:   President Donald J. Trump
 The White House
 1600 Pennsylvania Avenue, NW
 Washington, DC 20500

 Honorable William Pelham Barr
 Attorney General
 U.S. Department of Justice
 950 Pennsylvania Avenue, NW
 Washington, DC 20530-0001

