# United States Court of Appeals
### For The District of Columbia Circuit

---

**No. 19-5264**  **September Term, 2019**

**1:19-cv-00738-KBJ**

**Filed On: April 30, 2020** [1840733]

Joseph D. Gilberti, an Individual and Licensed Professional Engineer,

    Appellant

v.

Federal Reserve System, Board of Governors, et al.,

    Appellees

### M A N D A T E

    In accordance with the order of March 3, 2020, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                          **FOR THE COURT:**
                          Mark J. Langer, Clerk

               BY:   /s/
                          Daniel J. Reidy
                          Deputy Clerk

Link to the order filed March 3, 2020